# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | Case No. 1:26-cv-05278-JLT-EPG-HC<br><br>FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner Michael Bruce Anthony McPherson is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Given that the petition fails to state a cognizable claim, the undersigned recommends that the petition be dismissed.

**I.**

**DISCUSSION**

Rule 4 of the Rules Governing Section 2254 Cases requires preliminary review of a habeas petition and allows a district court to dismiss a petition before the respondent is ordered to file a response, if it "plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254.

In the petition, Petitioner asserts that the warden has failed to release Petitioner after the Court established his sovereign rights. (ECF No. 1 at 4. [1]) Attached to the petition is a copy of an

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

order issued in McPherson v. Federal District Courts, No. 1:26-cv-1020 KES SKO, which dismissed the action with prejudice as frivolous. (ECF No. 1 at 6–11.)

By statute, federal courts "shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). The petition's allegations do not implicate constitutional rights but rather bear the hallmarks of sovereign citizen ideology.[2] Accordingly, the undersigned recommends finding that the petition should be dismissed for failure to state a cognizable federal habeas claim and Petitioner should not be granted leave to amend. See U.S. v. Ward, 182 F.3d 930, at *2 (9th Cir. 1999) (unpublished table decision) (noting that contentions based on sovereign citizen arguments are "frivolous" and that "courts ordinarily reject similar contentions without extended argument") (collecting cases); Mackey v. Bureau of Prisons, No. 1:15-cv-1934-LJO-BAM, 2016 WL 3254037, at *1 (E.D. Cal. June 14, 2016) (noting that "[c]ourts across the country" have rejected sovereign citizen arguments "as frivolous, irrational, or unintelligible"); Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971) (holding "a petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave granted").

## II.

## RECOMMENDATION

Accordingly, the undersigned HEREBY RECOMMENDS that that the petition for writ of habeas corpus be dismissed.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local

[2] "While many various sub-groups and ideologies may fall under the sovereign-citizen umbrella, the overarching unifying principle is the belief that, even though they physically reside in this country, the state and federal governments lack constitutional legitimacy and therefore have no authority to regulate their behavior." Caetano v. Internal Revenue Serv., No. 1:22-cv-00837-JLT-SAB, 2023 WL 3319158, at *2 (E.D. Cal. May 9, 2023 (citing Gravatt v. U.S., 100 Fed. Cl. 279, 282 (2011); *U.S. v. Ulloa*, 511 Fed. App'x 105, n.1 (2d Cir. 2013)), report and recommendation adopted, 2023 WL 4087634 (E.D. Cal. June 20, 2023).

Rules of Practice for the United States District Court, Eastern District of California. Within **THIRTY (30) days** after service of the Findings and Recommendation, Petitioner may file written objections, **no longer than fifteen (15) pages, including exhibits**, with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **August 10, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE